

**BORENSTEIN|MCCONNELL|CALPIN**
ATTORNEYS AT LAW

Abraham Borenstein, Esq.
Senior Partner

Springfield Office
Phone: (973) 379-2444
Fax: (973) 788-8600
avi@bmclawyers.net

August 29, 2023

**Via Electronic Filing and Regular Mail**
Magistrate Judge Michael A. Hammer
U.S. District Court of New Jersey
Martin Luther King, Jr. Federal Building
U.S. Courthouse
50 Walnut Street, Courtroom 3C
Newark, New Jersey 07101

    Re:    **John Doe v. ReFocus Eye Health of Central Connecticut, P.C.**
             **Civil Action No.: 2:34-cv-03033-KM-MAH**
             **Adjournment Request with consent from September 18, 2023 to October 2, 2023**

Dear Judge Hammer:

    Borenstein, McConnell & Calpin, P.C. ("BMC"), represents Plaintiff John Doe in the above referenced matter.

    Defendant ReFocus Eye Health of Central Connecticut, P.C. ("ReFocus") is represented by Andrew La Fiura, Esq. of Jackson Lewis P.C.

    With Mr La Fiura's consent we respectfully request that the return date of ReFocus' motion to dismiss is adjourned one cycle from September 18, 2023, to October 2, 2023.

    We request this adjournment to some unforeseen circumstances and the Labor Day Holiday and the upcoming Jewish holidays.

    Feel free to contact BMC with any questions.

---

| Springfield | Lebanon | New York City |
|---|---|---|
| 155 Morris Avenue | 3 Werner Way | 4607 Fort Hamilton Parkway |
| Suite 201 | Suite 230 | Brooklyn, NY 11219 |
| Springfield, NJ 07081 | Lebanon, NJ 08833 | |

Yours truly,

ABRAHAM BORENSTEIN, ESQ.

AB/ba

Cc: Opposing Counsel via electronic copy

**SO ORDERED**

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: 8/30/23