IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MARK H. TANNENBAUM,

    Plaintiff,

v.

REFOCUS EYE HEALTH OF CENTRAL CONNECTICUT, P.C.,

    Defendant.

C.A.: 2:23-cv-03033-KM-MAH

ORDER

**THIS MATTER** having been opened to the Court for an extension of time for Defendant to answer, move or otherwise respond to Plaintiff's second Amended Complaint, and it appearing that Defendant's answer would otherwise be due on March 29, 2024, and it appearing that there have been no other extensions of time, and it appearing that the parties have agreed to this extension of time, and for good cause showing;

**IT IS ORDERED** that Defendant's time to answer, move or otherwise respond to Plaintiff's second Amended Complaint hereby be extended through and including April 3, 2024.

| BORENSTEIN MCCONNEL & CALPIN P.C | JACKSON LEWIS P.C. |
|---|---|
| By: */s/ Abraham Borenstein*<br>Abraham Borenstein, Esq.<br>155 Morris Avenue, Ste. 201<br>Springfield, NJ 07081<br>*Attorneys for Plaintiff* | By: */s/ Preeya Bansal*<br>Andrew La Fiura, Esq.<br>Preeya Bansal, Esq.<br>1601 Cherry Street, Ste. 1350<br>Philadelphia, PA 19103<br>*Attorneys for Defendant* |
| Dated: April 1, 2024 | Dated: April 1, 2024 |

**SO ORDERED:**
Dated:

**SO ORDERED**

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: 4/2/24

4872-9040-6067, v. 1

2